UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LINDA E. COLES,

    Plaintiff,

v.                                                    Case No.  5:11-cv-385-Oc-34TBS

CMD PRODUCTS, INC.,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion to Extend Expert Report Deadlines (Doc. 21).  Counsel for Plaintiff has certified that he conferred with Defendant's counsel and Defendant does not oppose the granting of the motion.  Upon due consideration, the motion is GRANTED as follows:

    (1) Plaintiff's expert disclosure including reports is due by July 17, 2012;

    (2) Defendant's expert disclosure including reports is due by August 16, 2012; and

    (3) This Order does not alter any other existing case deadlines.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on July 3, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel