UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LINDA E. COLES,**

    **Plaintiff,**

v.                                             **Case No: 5:11-CV-385-Oc-34PRL**

**CMD PRODUCTS, INC.**

    **Defendant.**

_____/

**ORDER**

This matter is before the Court on Plaintiff's Motion to Compel Responses to Discovery (Doc. 19). Defendant filed a response in opposition (Doc. 20). On July 18, 2012, the Court heard oral argument on the Motion.

For the reasons stated on the record, Plaintiff's Motion to Compel Responses to Discovery (Doc. 19) is **GRANTED in part and DENIED in part** as follows:

1. Plaintiff's Motion is **DENIED** as to Interrogatory No. 17 and Request to Produce No. 23.

2. Plaintiff's Motion as to Interrogatory No. 8 is **GRANTED** to the extent that Defendant's response shall be limited to complaints related to model #4650 that occurred within the three years prior to the date of the incident.

3. Plaintiff's Motion as to Interrogatory No. 10 is **GRANTED** to the extent that Defendant's response shall be limited to any inspection, repair, maintenance, service, alteration, or modification of model #4650 within the three years prior to the date of the incident as well as a list of alterations and/or modifications made to model #4650 related

to the blade from the date of the incident to the date the Complaint was filed in this action.

    4.  Plaintiff's Motion as to Requests to Produce Nos. 9, 13, and 17 are **GRANTED** to the extent that Defendant shall produce responsive documents related to model #4650 within the three years prior to the date of the incident.

    5.  Plaintiff's Motion as to Request to Produce No. 24 is **GRANTED** to the extent that Defendant shall produce documents pertaining to any legal action arising within the three years prior to the date of the incident in which injury allegedly was caused by model #4650.  Defendant is only required to produce public information related to litigation – i.e., docket sheet, complaint and a summary of allegations.

    6.  Defendant shall provide full and complete responses to the interrogatories and produce responsive documents consistent with this Order on or before **August 1, 2012**.

    **DONE** and **ORDERED** in Ocala, Florida on July 18, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties