**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**LINDA E. COLES,**

**Plaintiff,**

**v.** **Case No:5:11-CV-385-Oc-34PRL**

**CMD PRODUCTS, INC.**

**Defendant.**
_____________________________________/

**ORDER**

Pending before the Court is the Confidentiality Stipulation and Protective Order (Doc. 34) which the Court construes as a joint motion for entry of the Confidentiality Stipulation and Protective Order.

The Court, however, is unable to enter the Confidentiality Stipulation and Protective Order as currently drafted due to paragraph 11 which provides that every “confidential” document filed with the Court be filed under seal. In this district, a party seeking to file under seal must first comply with the procedural requirements set forth in Local Rule 1.09. *See MEDAI, Inc. v. Quantros, Inc.,* No. 6:12-cv-840-Orl-37GJK, 2012 WL 2512007, *1 (M.D. Fla. June 29, 2012). The Court cannot approve the sealing of documents unless and until the party seeking to file under seal makes the requisite showing that sealing is appropriate under Local Rule 1.09.

Accordingly, the parties’ joint motion (Doc. 34) is **DENIED** without prejudice to filing a revised Confidentiality Stipulation and Protective Order.

**DONE** and **ORDERED** in Ocala, Florida on September 21, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties